Certificate Number: 14912-CAC-DE-038876848

Bankruptcy Case Number: 24-17449



14912-CAC-DE-038876848

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 17, 2024, at 3:30 o'clock PM EDT, Mary Ann Cherry completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  September 17, 2024              By:    /s/Jai Bhatt

                                       Name:  Jai Bhatt

                                       Title: Counselor